

CUSTOMER COPY/COPIA PARA EL
WAL*MART 2923
1649 MAIN STREET
BILLINGS, MT 59105

MONEY TRANSFER BY RIA (COPYRIGHT)
(COPYRIGHT)/ENVIO DE RIA (COPYRIGHT)
RIA FINANCIAL SERVICES
7001 Village Drive
Buena Park, CA 90621
1 (855) 355-2144
www.riafinancial.com

I acknowledge that I have received and reviewed RIA's consumer Fraud Warning and pre-transaction disclosure issued in connection with my purchase of RIA's services and that the information contained on such documentation is accurate. I further acknowledge that this transaction is subject to RIA's terms and conditions provided with this transaction and that I agree to those terms and conditions.

Reconozco que he recibido y revisado la divulgación previa a la transacción y la Advertencia de Estafa de RIA emitida en relación con mi compra de servicios de RIA y que la información contenida en esa documentación es correcta. Más aún, reconozco que esta transacción está sujeta a los términos y condiciones de RIA suministrados con esta transacción y que acepto estos términos y condiciones.

Date/Fecha: 05-21-2019
Time/Hora: 02:48:06 PM

Sender Information/Información del remitente:
JOSE ANTONIO ESCOBEDO
1042 NORTH 24TH STREET
BILLINGS, MT 59101
Phone/Teléfono: 4066060897

Recipient Information/Información del destinatario
ROBERT JAMES ESQUIVEL

Destination Country/País de Destino:
United States
Destination State/Destino estado:
Texas
Service Type/Tipo de Servicio:
Walmart2Walmart 10 Min Service - USD

Reference Number/Número de referencia:
792786287

USE OUR APP & NEVER FILL OUT PAPER FORMS AGAIN!

Pickup/Fecha Disponibl... R.
el Envio: 2019-05-21 2:58 PM MST
*May be available sooner/Puede estar disponible antes*

Transfer Amount/Monto de la transferencia: 600.00 USD
Transfer Fees/Tarifa de la transferencia: +8.00 USD
Transfer Taxes/Impuestos de la transferencia: +0.00 USD

Total/Total: 608.00 USD